1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

              Plaintiff,

    v.

CARLOS BOLANOS, et al.,

              Defendants.

Case No. 18-03972 BLF (PR)

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

(Docket No. 11)

Plaintiff, a California inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On November 5, 2018, the Court dismissed the complaint with leave to amend within twenty-eight days.  (Docket No. 10.)  Plaintiff has filed a motion for an extension of time to file an amended complaint stating that he did not receive the Court's order until November 17, 2018.  (Docket No. 11.)

Having shown good cause, Plaintiff's motion is **GRANTED**.  Plaintiff shall file an amended complaint **within twenty-eight (28) days** of the filing date of this order.  **Failure to respond in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

This order terminates Docket No. 11.

    **IT IS SO ORDERED.**

Dated:   <u>December 4, 2018</u>

                             BETH LABSON FREEMAN
                             United States District Judge