UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS BOLANOS, et al.,<br>Defendants. | Case No. 18-03972 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docket No. 20) |

Plaintiff, a California inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On July 11, 2019, the Court dismissed the amended complaint with leave to amend within twenty-eight days. (Docket No. 19.) Plaintiff has filed a motion for an extension of time to file a second amended complaint on the grounds that the prison is on lockdown and he has been denied access to the prison law library. (Docket No. 20.)

Having shown good cause, Plaintiff's motion is **GRANTED**. Plaintiff shall file a second amended complaint **within twenty-eight (28) days** of the filing date of this order. **Failure to respond in the time provided will result in the dismissal of this action without prejudice and without further notice to Plaintiff.**

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: August 12, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for EOT to file Amended Complaint
PRO-SE\BLF\CR.18\03972Saddozai_eot-sac