1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  SHIKEB SADDOZAI,                         Case No. 18-03972 BLF (PR)
        Plaintiff,
12                                          **ORDER DENYING SECOND
        v.                                  MOTION FOR APPOINTMENT OF
13                                          COUNSEL**
14  CARLOS BOLANOS, et al.,
        Defendants.
15
                                            (Docket No. 24)
16
17
18      Plaintiff, a state prisoner proceeding *pro se* filed a civil rights complaint pursuant to

19  42 U.S.C. § 1983.  On November 5, 2018, the Court dismissed the complaint with leave to

20  amend.  (Docket No. 10.)  In the same order, the Court denied Plaintiff's motion for

21  appointment of counsel.  (*Id.*; Docket No. 3.)  Plaintiff has filed a second motion for

22  appointment of counsel for essentially the same reasons stated in his first motion, i.e., he is

23  unable to afford counsel, the issues are complex, limited access to the law library, limited

24  knowledge of the law, and counsel's assistance would be invaluable should the matter go

25  to trial.  (Docket No. 24.)

26      The Court dismissed Plaintiff's first amended complaint with leave to amend to

27  correct the improper joinder of claims and parties.  (Docket No. 19.)  Plaintiff has filed a

28  second amended complaint which is pending initial review.  (Docket No. 23.)  As such, it

is yet uncertain whether this action will actually proceed to trial, and the other reasons set forth do not distinguish Plaintiff from other *pro se* prisoner-plaintiffs. Accordingly, the motion is **DENIED** for lack of extraordinary circumstances. *See Agyeman v. Corrections Corp. of America*, 390 F.3d 1101, 1103 (9th Cir. 2004); *Rand,* 113 F.3d at 1525 (9th Cir. 1997); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This denial is without prejudice to the Court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: _October 17, 2019_

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2