UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

    Plaintiff,

v.

CARLOS BOLANOS, et al.,

    Defendants.

Case No. 18-03972 BLF (PR)

**JUDGMENT**

Plaintiff's case was dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Judgement shall be entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __August 10, 2020____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\03972Saddozai_judgment