United States District Court
Northern District of California

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11      SHIKEB SADDOZAI,                        Case No. 18-03972  BLF (PR)

              Plaintiff,                        **ORDER REVOKING *IN FORMA***
12                                              ***PAUPERIS* STATUS ON APPEAL**

13            v.

14      CARLOS G. BOLANOS. et al.,

15            Defendants.

16

17

18            Plaintiff, a detainee at the time of the underlying events, filed this civil action

19      pursuant to 42 U.S.C. § 1983 against Defendant Arqueza of the Maguire Correctional

20      Facility in San Mateo County for violating his Fourteenth Amendment rights, and was

21      granted leave to proceed *in forma pauperis* ("IFP").  Dkt. No. 9.  On August 10, 2020, the

22      Court dismissed the complaint without prejudice because Defendant had not been served in

23      this action in the time provided under Federal Rule of Civil Procedure 4(m).  Dkt. No. 36.

24      The sole named defendant had died and the Court provided Plaintiff with notice of the

25      death and 90 days to identify a successor or representative that the U.S. Marshal could

26      serve.  *Id.*  Upon failure to comply, the case was dismissed without prejudice.  *Id.*

27            The Ninth Circuit has referred this matter back to this Court for the limited purpose

28      of determining whether IFP status should continue on appeal or whether the appeal is

1   frivolous or taken in bad faith.  The Court finds that the appeal is frivolous since the

2   dismissal was proper.  *See* 28 U.S.C. § 1915(a)(3).  Accordingly, Plaintiff's IFP status is

3   **REVOKED**.

4          The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

5          **IT IS SO ORDERED.**

6   Dated**:  _September 29, 2020___**

BETH LABSON FREEMAN
United States District Judge

25  Order Revoking IFP on Appeal
    P:\PRO-SE\BLF\CR.18\03972Saddozai_ifp.app.docx