UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS BOLANOS, et al.,<br><br>    Defendants. | Case No. 18-cv-03972 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION; GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT**<br><br>(Docket Nos. 58, 59) |

        Plaintiff, a California inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 27, 2022, the Court granted Defendant's motion for substitution under Rule 25(a) of the Federal Rules of Civil Procedure, and ordered deceased Defendant Deputy A. Arqueza substituted by his successor Ms. Terry Arqueza. Dkt. No. 52. County Counsel stated their intention to accept service for Ms. Arqueza at their address. *Id.* at 1. Therefore, Ms. Arqueza was served and directed to file a dispositive motion or notice regarding such motion no later than ninety-one days from the date of the order, *i.e.*, no later than September 26, 2022. *Id.* at 3.

        Defendant has filed an administrative motion for an extension of time to file a dispositive motion as counsel is waiting for Plaintiff's response to their Requests for Admission. Dkt. No. 59 at 3. As Defendant points out, Plaintiff filed a motion for an extension of time to file his response to Defendant's request, Dkt. No. 58, to which Defendant does not object. Dkt. No. 59 at 2.

Having shown good cause, Defendant's motion is **GRANTED**. Defendant's summary judgment motion is due **no later than November 15, 2022**. Dkt. No. 59. Plaintiff's motion for an extension of time to respond to Defendant is **GRANTED**. Dkt. No. 58. Briefing shall proceed thereafter in accordance with the schedule set forth in the last court order. Dkt. No. 52.

This order terminates Docket Nos. 58 and 59.

**IT IS SO ORDERED.**

Dated: __September 28, 2022__

BETH LABSON FREEMAN
United States District Judge

Order Granting Motion for EOT to file MSJ; Granting Other Motion
PRO-SE\BLF\CR.18\03972Saddozai_eot-MSJ