UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>Plaintiff,<br><br>v.<br><br>A. ARQUEZA,<br><br>Defendant. | Case No. 18-cv-03972 BLF (PR)<br><br>**ORDER DENYING MOTIONS AS MOOT; DIRECTING CLERK TO SEND PLAINTIFF COPY OF LAST COURT ORDER**<br><br>(Docket Nos. 73, 74) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  On October 7, 2022, the Court denied Plaintiff's motions for appointment of counsel and motion for recusal.  Dkt. Nos. 56, 62.  It appears that Plaintiff did not receive this order which was returned as undeliverable on October 28, 2022, because he was out to court.  Dkt. No. 67.  Hence, Plaintiff recently refiled the same motions.  Dkt. Nos. 73, 74.  Accordingly, the motions are DENIED as moot.  The Clerk shall resend a copy of the last court order, Dkt. No. 64, with a copy of this order to Plaintiff.

This order terminates Docket Nos. 73 and 74.

**IT IS SO ORDERED.**

Dated: ___**December 5, 2022**___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. as Moot
PRO-SE\BLF\CR.18\03972Saddozai_moot