UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS BOLANOS, et al.,<br><br>    Defendants. | Case No. 18-03972 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION; DENYING REQUEST FOR JUDICIAL NOTICE AS UNNECESSARY**<br><br>(Docket Nos. 87, 88) |

Plaintiff, a California inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On November 15, 2022, Defendant T. Arqueza filed a motion for summary judgment. Dkt. No. 71. Plaintiff has filed a motion for a second extension until March 28, 2023, to file a response, including a cross-summary judgment motion. Dkt. No. 87. Defendant filed a response, stating that although she does not object to Plaintiff's request, he has failed to establish good cause. Dkt. No. 88. Defendant also requests that if Plaintiff's motion is granted, her reply deadline be extended to April 21, 2023. *Id.* at 4.

The Court finds Plaintiff has shown good cause based on his alleged difficulties in conducting legal research and having to litigate multiple actions. Dkt. No. 87 at 6, 7, 9-10. Accordingly, Plaintiff's motion is **GRANTED**. Plaintiff's request for judicial notice of documents submitted in support of his motion is **DENIED** as unnecessary. Dkt. No. 88.

Plaintiff shall file his response to Defendant's summary judgment motion **no later than March 28, 2023.**

Defendant's reply shall be filed **no later than April 21, 2023.**

This order terminates Docket Nos. 87 and 88.

**IT IS SO ORDERED.**

Dated:   ___**March 7, 2023**____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Granting 2nd EOT to file Opp
PRO-SE\BLF\CR.18\03972Saddozai_eot2-opp

2