UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLOS BOLANOS, et al.,<br><br>   Defendants. | Case No. 18-cv-03972 BLF (PR)<br><br>**ORDER STRIKING REQUEST FOR ADMISSIONS AND TERMINATING MOTION**<br><br>(Docket No. 91) |

Plaintiff, a state prisoner proceeding *pro se* filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Ms. Terry Arqueza, the successor to deceased Defendant A. Arequza, filed a motion for summary judgment on November 15, 2022. Dkt. No. 71. After being granted a second extension of time, Plaintiff's opposition is currently due by March 28, 2023. Dkt. No. 90.

On March 6, 2023, Plaintiff filed a "Request for Admissions to Defendant[] A. Arequez (Set Two)," and several other discovery requests. Dkt. No. 91. These discovery requests should have been sent directly to Defendant, not filed with the Court. Furthermore, the filing was docketed in error as a motion. Accordingly, the Clerk shall terminate the filing as motion.

Plaintiff is advised that discovery requests are not to be filed with the Court and

only directly served on Defendant.

The Clerk is ordered to STRIKE Docket No. 91 and terminate it as a motion.

**IT IS SO ORDERED.**

Dated:  ___March 9, 2023_____          _____
BETH LABSON FREEMAN
United States District Judge

Order Striking Request and Terminating Motion
PRO-SE\BLF\CR.18\03972Saddozai_strike.motion

2