1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIKEB SADDOZAI,

Plaintiff,

v.

CARLOS BOLANOS, et al.,

Defendants.

Case No. 18-cv-03972 BLF (PR)

**ORDER TERMINATING MOTION; INSTRUCTIONS TO CLERK**

(Docket No. 114)

Plaintiff, a California inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  In its last order, the Court granted Defendant's motion to file under seal , Dkt. No. 112. a confidential document in Plaintiff's Motion to Compel Discovery, Dkt. No. 109.  Dkt. No. 113.  Defendant was directed to file a redacted copy.  *Id.* at 3, 4-5.  In accordance with that order, Defendant has filed a redacted copy.  Dkt. No. 114.  Accordingly, the Clerk shall terminate Docket No. 114 as a pending motion and indicate that it is a "Redacted Motion to Compel Discovery," with a citation to Docket No. 109.

This order terminates Docket No. 114.

**IT IS SO ORDERED.**

Dated:  ___May 30, 2023____

BETH LABSON FREEMAN
United States District Judge

Order Terminating Motion; Inst. To Clerk
PRO-SE\BLF\CR.18\03972Saddozai_m2seal