UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br>    Plaintiff,<br>v.<br>TERRY ARQUEZA, successor to A. ARQUEZA,<br>    Defendant. | Case No. 18-cv-03972 BLF (PR)<br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted her motion for summary judgment. Judgment is entered in favor of Defendant.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ___June 26, 2023_____

                                               BETH LABSON FREEMAN
                                               United States District Judge

Judgment
PRO-SE\BLF\CR.18\03972Saddozai_judgment