UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHIKEB SADDOZAI, | Case No. 18-cv-03972 BLF (PR) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION AS MOOT** |
| v. | |
| A. ARQUEZA, | |
| Defendant. | (Docket No. 118) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2023, the Court granted Defendant's motion for summary judgment and entered judgment on the same day. Dkt. Nos. 116, 117. On June 28, 2023, Plaintiff filed objections and motion to appoint counsel, among other requests. Dkt. No. 118. The filing was signed on June 25, 2023, before Plaintiff received the last court order. This filing contains no information which compels this Court to reconsider its ruling. Accordingly, the motion for appointment of counsel and other requests are DENIED as moot since this matter is closed. Plaintiff may proceed to appeal this matter if he so chooses.

This order terminates Docket No. 118.

**IT IS SO ORDERED.**

Dated: __July 6, 2023_____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. As Moot
PRO-SE\BLF\CR.18\03972Saddozai_mot